UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JORDAN ESPINAL,

    Plaintiff,

v.                                                 CASE NO. 6:24-cv-849-PGB-UAM

ALL-STATE CONSTRUCTION
AND RESTORATION LLC, etc., et al.,

    Defendants.
_____/

## ORDER FOLLOWING HEARING

**THIS CAUSE** is before the Court on the Joint Motion to Review and Approve FLSA Settlement and Dismiss Action with Prejudice ("Motion"). Doc. 40. The Court held a hearing on the Motion on April 9, 2025 ("Hearing"), the record of which is incorporated herein. For the reasons stated on the record at the Hearing, it is **ORDERED** that the Motion is **taken under advisement** and that Defendants shall have up to and including **April 14, 2025**, to file a notice whether they wish to be heard further as to the issues discussed at the Hearing.

**DONE AND ORDERED** in Jacksonville, Florida, on April 9, 2025.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record