UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JORDAN ESPINAL,

    Plaintiff,

v.                                                    CASE NO. 6:24-cv-849-SJH

ALL-STATE CONSTRUCTION
AND RESTORATION LLC, etc., et al.,

    Defendants.
_____/

## **ORDER FOLLOWING HEARING**[1]

**THIS CAUSE** is before the Court on the Joint Motion to Review and Approve FLSA Settlement and Dismiss Action with Prejudice ("Motion"), Doc. 40, and the attached Confidential Settlement Agreement and General Release ("Settlement Agreement"), Doc. 40-1. The Court held a hearing on the Motion on April 9, 2025 ("Hearing"), the record of which is incorporated herein, Doc. 43.

At the Hearing, the parties clarified that, to the extent of any potential ambiguity, the scope of the general release as set forth in Section 3(A) of the Settlement Agreement is not intended and should not be construed to apply to future claims and should be subject to the limiting language set forth in the final two lines of Section 3(B) and the second-to-last sentence of Section 3(C) of the Settlement Agreement. In addition, as stated at the Hearing, the amendment provision in the last sentence of

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. Doc. 48.

Section 7 of the Settlement Agreement is due to be stricken and severed, *see Logue v. Westgate Resorts Ltd,* No. 6:20-cv-1488-PGB-EJK, 2022 WL 3209499, at *4 (M.D. Fla. May 11, 2022), *report and recommendation adopted*, 2022 WL 3136864 (M.D. Fla. May 12, 2022), as are the confidentiality provisions in Sections 4 and 10(C) of the Settlement Agreement, *see McNair v. ASAP Towing & Storage Co.*, No. 3:20-cv-330-J-39MCR, 2020 WL 13120358, at *3 (M.D. Fla. Nov. 23, 2020), *report and recommendation adopted*, 2020 WL 13120356 (M.D. Fla. Dec. 1, 2020). With such clarification and modification, the Settlement Agreement is due to be approved. However, as stated at the Hearing, the Court declines to reserve jurisdiction. *See Allen v. Farah Petion Ins. Agency LLC*, No. 6:22-cv-1573-PGB-EJK, 2023 WL 3975313, at *6 (M.D. Fla. Apr. 17, 2023), *report and recommendation adopted*, 2023 WL 3981409 (M.D. Fla. Apr. 24, 2023).

Accordingly, and for the reasons stated on the record at the Hearing, it is **ORDERED**:

1. The Motion (Doc. 40) is **granted in part** to the extent stated herein.

2. The last sentence of Section 7 of the Settlement Agreement, Section 4 of the Settlement Agreement, and Section 10(C) of the Settlement Agreement, are stricken and severed, and the Settlement Agreement, as clarified and modified, is **approved**.

3. This case is **dismissed with prejudice**.

4. The Clerk is **directed** to **terminate** all pending motions and close this file.

**DONE AND ORDERED** in Jacksonville, Florida, on May 9, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record